**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JOHN M. WYATT, III,**  )<br>  )<br>       **Plaintiffs,**  )<br>  )<br>**v.**  )<br>  )<br>**MARK McDERMOTT, ESQ.**, *et al*.,  )<br>  )<br>       **Defendants.**  )<br>_____) | **Civil No. 1:11CV58 GBL/IDD** |

**PLAINTIFF'S NOTICE OF FILING**

PLEASE TAKE NOTICE that on June 15, 2012, the Supreme Court of Virginia denied Defendants Mark T. McDermott's, Larry S. Jenkins' and Wood Jenkins, LLC's, Act of Love's and Laraine Moon's Petitions for Rehearing of the Supreme Court's April 20, 2012 decision recognizing a common law claim in Virginia for tortious interference with parental rights.  Copies of the Virginia Supreme Court Orders are attached hereto.

Respectfully submitted,

           /s/
Philip J. Hirschkop, Esq. (VSB No. 04929)
Hirschkop& Associates, P.C.
1101 King Street, Suite 610
Alexandria, Virginia  22314-2956
Phone: (703) 836-6595
Fax:  (703) 548-3181
Email:  pjhirschkop@aol.com
            hirschkoplaw@aol.com

        Bernard J. DiMuro, Esq. (VSB No. 18784)
        Jonathan R. Mook, Esq. (VSB No. 19177)
        Hillary J. Collyer, Esq. (VSB No. 50952)
        DiMuroGinsberg, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia 22314-2956
        Phone:  (703) 684-4333
        Fax:  (703) 548-3181
        Email:  bdimuro@dimuro.com
        jmook@dimuro.com, hcollyer@dimuro.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

        _____/s/_____
        Philip J. Hirschkop, Esq. (VSB No. 04929)
        Hirschkop & Associates, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia  22314-2956
        Phone: (703) 836-6595
        Fax:  (703) 548-3181
        Email:  pjhirschkop@aol.com
             hirschkoplaw@aol.com

        Bernard J. DiMuro, Esq. (VSB No. 18784)
        Jonathan R. Mook, Esq. (VSB No. 19177)
        Hillary J. Collyer, Esq. (VSB No. 50952)
        DiMuroGinsberg, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia 22314-2956
        Phone:  (703) 684-4333
        Fax:  (703) 548-3181
        Email: bdimuro@dimuro.com
        jmook@dimuro.com, hcollyer@dimuro.com