**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JOHN M. WYATT, III,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil No. 1:11CV58 GBL/IDD** |
| **v.** ) | |
| ) | |
| **MARK McDERMOTT, ESQ.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the plaintiff has reached full and final settlements with all defendants. The parties are all in agreement that the Court may remove this matter from the trial calendar. Plaintiff shall forward a Motion for Dismissal upon completion of settlement arrangements with all defendants.

Respectfully submitted,

_____/s/_____
Philip J. Hirschkop, Esq. (VSB No. 04929)
Hirschkop& Associates, P.C.
1101 King Street, Suite 610
Alexandria, Virginia  22314-2956
Phone: (703) 836-6595
Fax:  (703) 548-3181
Email:  pjhirschkop@aol.com
            hirschkoplaw@aol.com

        Bernard J. DiMuro, Esq. (VSB No. 18784)
        Jonathan R. Mook, Esq. (VSB No. 19177)
        Hillary J. Collyer, Esq. (VSB No. 50952)
        DiMuroGinsberg, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia 22314-2956
        Phone:  (703) 684-4333
        Fax:  (703) 548-3181
        Email:  bdimuro@dimuro.com
        jmook@dimuro.com, hcollyer@dimuro.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

        _____/s/_____
        Philip J. Hirschkop, Esq. (VSB No. 04929)
        Hirschkop & Associates, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia  22314-2956
        Phone: (703) 836-6595
        Fax:  (703) 548-3181
        Email:  pjhirschkop@aol.com
                hirschkoplaw@aol.com

        Bernard J. DiMuro, Esq. (VSB No. 18784)
        Jonathan R. Mook, Esq. (VSB No. 19177)
        Hillary J. Collyer, Esq. (VSB No. 50952)
        DiMuroGinsberg, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia 22314-2956
        Phone:  (703) 684-4333
        Fax:  (703) 548-3181
        Email:  bdimuro@dimuro.com
        jmook@dimuro.com, hcollyer@dimuro.com