IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOHN M. WYATT, III, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  1:11cv58 (GBL/IDD) |
| | ) | |
| MARK T. McDERMOTT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF AGREED DISMISSAL ORDER

Plaintiff John M. Wyatt, III ("Plaintiff"), by counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 41(a)(2), to enter the attached order to dismiss this case with prejudice.

By prior motion dated June 21, 2012, Plaintiff moved to dismiss defendants Thomas I. Zarembinski and Chandra Jones Zarembinski.  By order dated July 9, 2012, this Court entered a partial dismissal order as to the Zarembinski defendants.

All pending matters in the Plaintiff's action against the remaining defendants Mark T. McDermott, Larry S. Jenkins, Wood Jenkins, LLC, Alternative Options and Services for Children, Inc., d/b/a A Act of Love Adoption Agency, and Laraine Moon have now been settled and resolved, and the parties have agreed that this case should be dismissed with prejudice. Accordingly, Plaintiff's present motion requests entry of an order dismissing this case with prejudice as to all defendants.

Respectfully submitted,

_____/s/_____
Philip J. Hirschkop, Esq. (VSB No. 04929)
Hirschkop& Associates, P.C.
1101 King Street, Suite 610
Alexandria, Virginia  22314-2956
Phone: (703) 836-6595
Fax:  (703) 548-3181
Email:  pjhirschkop@aol.com
           hirschkoplaw@aol.com


Bernard J. DiMuro, Esq. (VSB No. 18784)
Jonathan R. Mook, Esq. (VSB No. 19177)
Hillary J. Collyer, Esq. (VSB No. 50952)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Phone:  (703) 684-4333
Fax:  (703) 548-3181
Email:  bdimuro@dimuro.com
jmook@dimuro.com, hcollyer@dimuro.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                /s/
                            Philip J. Hirschkop, Esq. (VSB No. 04929)
                            Hirschkop & Associates, P.C.
                            1101 King Street, Suite 610
                            Alexandria, Virginia  22314-2956
                            Phone: (703) 836-6595
                            Fax:  (703) 548-3181
                            Email:  pjhirschkop@aol.com
                                        hirschkoplaw@aol.com

                            Bernard J. DiMuro, Esq. (VSB No. 18784)
                            Jonathan R. Mook, Esq. (VSB No. 19177)
                            Hillary J. Collyer, Esq. (VSB No. 50952)
                            DiMuroGinsberg, P.C.
                            1101 King Street, Suite 610
                            Alexandria, Virginia 22314-2956
                            Phone:  (703) 684-4333
                            Fax:  (703) 548-3181
                            Email: bdimuro@dimuro.com
                            jmook@dimuro.com, hcollyer@dimuro.com